1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CYNTHIA DALE STEINGOLD,          )   Case No. CV 11-7700 JC
                                 )
                  Plaintiff,     )
                                 )   JUDGMENT
        v.                       )
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of Social Security, )
                                 )
                  Defendant.     )
_____  )
                                 )

        IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is AFFIRMED.

DATED:  March 26, 2012

                          _____
                                        /s/
                          Honorable Jacqueline Chooljian
                          UNITED STATES MAGISTRATE JUDGE